# EXHIBIT A

**Michael Maurizio Assignment to Plaintiff**

## COMBINED ASSIGNMENT AGREEMENT AND DEED OF ASSIGNMENT

### Transfer of Debt, Claims, and Litigation Rights
### BETWEEN MICHAEL MAURIZIO AND EARL TAKEFMAN

**THIS DEED** is made on the 27th day of November 2025.

### A. PARTIES

**Michael Maurizio**, at 101 Stonebridge Court, New Hartford, NY 13413 ("Assignor");

**Earl Takefman**, at 851 NE 1st Avenue, Suite 2710, Miami, FL 33132 ("Assignee").

Together, the "Parties."

### B. RECITALS

(A) Assignor is a creditor of **MJM Tech Ltd**, ("MJM") a company incorporated in England and Wales under company registration number 10508952, and is owed in excess of **USD $4,207,383.66** (the "Debt").

(B) Assignor is also a minority shareholder of MJM Tech and possesses shareholder-related claims arising from alleged mismanagement, negligence, or misconduct ("Shareholder Claims").

(C) Assignor possesses or may possess additional civil claims, under U.S. and/or U.K. law, arising from (i) an alleged **false declaration** made in U.S. Bankruptcy Court concerning ownership of the "TEAM AI" operating system and intellectual property; (ii) alleged fraud, conspiracy, or misrepresentation; and/or (iii) alleged gross negligence or breach of duty by persons affiliated with MJM Tech ("Assigned Claims").

(D) Assignor desires to assign to Assignee the Debt, the Assigned Claims, and certain shareholder-based claims, so that Assignee may assert and enforce such rights as the **real party in interest** in any jurisdiction.

(E) Assignee agrees to accept the assignment and to share **50% of Net Recoveries** with Assignor, which the Parties agree constitutes good and valuable consideration.

(F) The Parties intend this document to function simultaneously as:

(i) a **Deed of Assignment** valid under the laws of England and Wales, and

(ii) an **Assignment Agreement** valid and enforceable under U.S. federal and state law.

(G) Pursuant to the Law of Property Act 1925 (UK), the Parties agree that a **Notice of Assignment,** attached hereto as **Exhibit A**, shall be sent to MJM Tech Ltd.

**NOW THEREFORE**, the Parties agree and execute this Deed as follows:

**C. OPERATIVE PROVISIONS**

**1. Assignment of Debt (Legal Assignment – UK Law)**

1.1 Assignor **absolutely assigns** to Assignee all rights, title, and interest in and to the Debt, including:

(a) the right to receive and enforce payment;
(b) all contractual and statutory rights;
(c) the right to sue in Assignor's or Assignee's name;
(d) all ancillary and incidental rights.

1.2 This constitutes a **legal assignment** under section 136 of the **Law of Property Act 1925**.

1.3 No consent from MJM Tech is required.

**2. Assignment of Claims**

2.1 Assignor **irrevocably assigns** to Assignee all Claims arising out of or relating to:

(a) alleged false declarations concerning TEAM AI assets;
(b) fraud, fraudulent misrepresentation, or concealment;
(c) civil conspiracy or aiding and abetting;
(d) negligence or gross negligence;
(e) breaches of duty by officers, directors, employees, agents, or affiliates of MJM Tech;
(f) harm caused to Assignor as creditor or shareholder;
(g) all other assignable tort, contract, or equitable claims.

2.2 Assignment includes the right to:

(a) file lawsuits pro se
(b) seek compensatory, punitive, or statutory damages;
    settle or compromise claims;
(d) enforce judgments;
(e) pursue claims in the U.S., U.K., or elsewhere.

### 3. Assignment of Shareholder Claims (Not Shares Themselves)

3.1 Assignor assigns **assignable shareholder claims**, including:

(a) breach of fiduciary duty claims;
(b) mismanagement and diversion of assets;
(c) claims arising from failure to protect the TEAM AI asset;
(d) inspection rights to the extent assignable.

3.2 This Deed **does not transfer legal ownership of shares.**

### 4. Consideration and Sharing of Net Recoveries

4.1 As material consideration, Assignee agrees to pay Assignor **50% of all Net Recoveries.**

4.2 **Net Recoveries** = total recoveries − litigation expenses (court costs, experts, transcripts, service fees, travel, discovery costs, etc.).

4.3 Payment to Assignor shall be made within **30 days** of Assignee's receipt.

4.4 The Parties agree this constitutes **good and sufficient consideration** for this Deed.

### 5. Representations and Warranties

Assignor represents that:

(a) he is lawful owner of the Debt and Claims;
(b) the Claims are assignable;
(c) the Debt is not previously assigned or encumbered;
(d) he has full authority to execute this Deed.

### 6. Irrevocability

This Deed and Assignment are **irrevocable** upon execution.

### 7. Governing Law

This Deed shall be governed by the laws of the State of Florida.

### 8. Incorporation of Exhibit A

The **Notice of Assignment**, attached as **Exhibit A**, is incorporated by reference and shall be delivered to MJM Tech Ltd pursuant to UK law.

## 9. Miscellaneous

    9.1 Executed in counterparts.

    9.2 Electronic signatures valid.

    9.3 This Deed may be attached as an **exhibit in U.S. federal litigation**.

    9.4 Assignee is the **real party in interest** under Fed. R. Civ. P. 17(a).

**EXECUTION AS A DEED**

**Assignor: Executed as a Deed**

_____

**Michael Maurizio**
Date: _____
Witness Name: _____
Witness Address: _____
Witness Signature: _____

**Assignee: Executed as a Deed**

_____

**Earl Takefman**
Date: NOV. 27, 2025

Witness Name: ALINA DE BONA
Witness Address: _____
Witness Signature: 1134 SW. 155 Terrace M. Fl. 33157

## EXHIBIT A – NOTICE OF ASSIGNMENT

*(UK Law – Law of Property Act 1925, s.136)*

**To: Paul Sloyan**

**MJM Tech Ltd**
Registered Office: 22 Station Road, Cambridge, England, CB1 2JD
Company No.: 10508952

**Re: Assignment of Debt and Claims – Notice Pursuant to Section 136 LPA 1925**

Dear Sirs,

Please take notice that:

1. **Michael Maurizio** ("Assignor") has executed a **Deed of Assignment** dated November 27th, 2025, assigning to **Earl Takefman** ("Assignee") all of his right, title, and interest in:

   (a) the Debt owed to Assignor by MJM Tech Ltd in excess of USD $4,207,383.66; and

   (b) all claims and causes of action associated therewith.

2. As a result of the Assignment, all payments, notices, correspondence, and communications regarding the Debt shall be directed exclusively to:

**Assignee:**

**Earl Takefman**
851 NE 1st Avenue, Suite 2710, Miami, FL 33132

etakefman@hotmail.com

3. This Notice is served pursuant to section 136 of the **Law of Property Act 1925**.

Please update your records accordingly.

Sincerely,

Michael Maurizio
Assignor
Date:

Earl Takefman
Assignee
Date: NOV. 27, 2025