# EXHIBIT D

**MJM Letter to Corliss After False Declaration**

# MJM.tech

**Att: Robert J. Corliss**
My Job Matcher, Inc.
108 Wild Basin Rd
Ste 250 West Lake Hills,
TX, 78746-3468
USA

Your reference
MJM/Team.ai

Our reference
RA/RA/11020921/1
UKM/206544428.2

16th July 2025

**By Email Only:**

Dear Sirs,

**Assertion of ownership of Team.AI technology in Chapter 11 Declaration**

**My Job Matcher, Inc.; Job.com-HV, Inc. (DE); Job.com-HV, Inc. (FL); Job.com-Fortus, Inc.; Job.com-Endevis, Inc.; Job.com-QCI, Inc.; Princeton One-Job.com, Inc.; and Princeton Search L.L.C. (together the "Debtors")**

**Case No. 25-11280, United States Bankruptcy Court for the District of Delaware, being cases commenced under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq in respect of the Debtors (the "Proceedings").**

We write in connection with recent filings made by or on behalf of the Debtors in connection with the Proceedings.

You are aware that MJM Tech Limited (**MJM Tech**) is the parent company of Job.com-Team.ai, Inc. (**Team Inc**), which in turn is the sole stockholder of Team.ai Corp. (a Delaware Corporation with file number: 7344894) (**Team Corp**).

None of MJM Tech; Team Inc nor Team Corp comprise Debtors for the purposes of the Proceedings.

We are concerned in relation to statements made as part of the Proceedings in the declaration of Robert J. Corliss (**Declaration**).

The Declaration contains various references to technology developed by Team Corp, being a video-based hiring operating system (**TeamAI OS**). Mr Corliss appears to assert that the Debtors own the TeamAI OS, suggesting (at paragraph 15 of the Declaration) that Team Inc. "*transferred ownership and control of the TeamAI OS to Debtor Job.com and certain of the other Debtors*".

We reject and dispute this assertion. Team Inc remains the sole stockholder of Team Corp, which remains the sole and rightful owner of the TeamAI OS.

No such transfer of ownership has been or was effected at law or in fact. Team Corp has continued to remain a subsidiary of Team Inc following the stock acquisition in September 2023 when ordinary common stock of MJM Tech was issued to the then stockholders of Team Corp (being the principal part of the consideration paid).

MJM Tech Limited 22 Station Road, Cambridge, England, CB1 2JD Company registration number: 10508952

# MJM.tech

For the avoidance of doubt, we are also not aware of any executed assignment agreement or other legal instrument between Team Corp / Team Inc and any Debtor that has transferred ownership of the TeamAI OS or its associated intellectual property.

Intellectual property rights cannot be transferred merely by implication or by alleged operational integration and we note that the Declaration does not reference any enforceable written instrument that would satisfy the requirements for an effective transfer of ownership.

It may be that the reference in the Declaration is erroneous and that it should instead refer to the '*Job.com AOR Platform*'. It is acknowledged that the 'Always on Recruiter' (AOR) technology is owned by the Debtors, however the AOR Platform is very different and distinct from the TeamAI OS.

Given the assertions in relation to the TeamAI OS were made in a declaration submitted to a United States Bankruptcy Court, we wanted to write to afford the Debtors and Mr Corliss an opportunity to correct and/or clarify the position in relation to the ownership of the TeamAI OS.

We should be grateful if you, on behalf of the Debtors, would confirm or otherwise provide the following, as soon as possible, and by no later than 5pm (UK time) on Friday 18 July 2025:

1.  Identify and provide copies of all documents that you believe evidence or effectuate the purported transfer of ownership of the TeamAI OS from Team Inc. to any of the Debtors.

2.  In the absence of such evidence, confirm that the Debtors will refrain from making any further representations, filings, or public statements asserting ownership of the TeamAI OS by the Debtors (including in connection with any sale process).

3.  Confirm whether Mr Corliss intends to amend the Declaration to correct what our client believes to be a material misstatement regarding the ownership of the TeamAI OS.

Nothing in this letter or any action or inaction by MJM Tech and/or Team Inc, shall constitute or operate as a waiver, amendment or variation, or prejudice, diminish or otherwise adversely affect, any of their or our present or future rights or remedies. Our rights are and remain fully reserved.

We reserve the right to draw this letter to the attention of the United States Bankruptcy Court.

Yours faithfully


**MJM Tech Limited**

Cc:
Configure Partners (Matt Guill)
Serengeti Multi Series Master LLC-Series ARR, GT
Partners Private Credit Finance LLC
GT Monterey Cypress Finance LLC