# EXHIBIT E

**Submission to Bankruptcy Court by Mr. Olynuk**

August 18th 2025

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, DE 19801

Attn: Court Clerk, Case #25-11280-KBO

Attn: Honourable Judge Karen B. Owens

RECEIVED
2025 AUG 26  P 12: 52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern.

I am writing to the courts and Trustees as a very concerned shareholder in MJM Technology.

My name, by way of introduction, is Paul Olynyk and I currently hold a substantial position of MJM shares in two entities, being Cataric Pty/Ltd and Golden Moon Investments Pty Ltd.

I have recently come across My Job Matcher Inc case Number 25-11280 (KBO) relating to the Chapter 11 proceedings for Job .com and am deeply troubled by Robert Corliss and Serengeti's claims to My Job Matcher Inc's ownership of the Team A.I asset that they intend to include as part of the Chapter 11 auction process.

This asset was purchased by MJM Tech in 2023 for around $30m in a stock and cash agreement and as a shareholder, we sacrificed significant stock dilution for the transaction. We were assured ownership would be retained in the parent U.K company MJM Tech and would offer shareholders significant upside due to its advanced technological A.I capabilities.

I note that in the declaration provided by the administrator, Robert Corliss suggests that the Team A.I technology in question "*may*" have been transferred to a Job.com affiliate and I now ask them to provide legal evidence of this rather than scant opinion.

In the declaration, page 6, section 14 and 15 he provides the following summation:

*Upon information and belief, following the closing of the team A.I transaction, non Debtor affiliate Job.com-Team A.I Inc. transferred ownership and control of the Team A.I O.S to Debtor Job.com and other Debtors.*

This is extremely difficult to comprehend, considering the communication and assurances to the contrary from leadership at MJM Tech and more importantly, due to the lack of shareholder knowledge or consent. One would assume that this transaction would have had to be voted on by shareholders should a $30m asset be transferred to another party? I have since confirmed with MJM Tech that they vehemently deny the transaction in question and have contacted Robert Corliss to dispute the transfer of the Team A.I asset.

I believe it is imperative for the courts to seek further clarification, as the clarity of ownership would have an enormous bearing on the outcome of the auction result for prospective purchasers who are potentially being misinformed and to the numerous shareholders of MJM Tech who understandably would lose millions of dollars of equity should this asset be stolen from us.

I humbly ask the courts to request that Corliss and Serengeti provide documentation proving that the transfer of ownership in Team A.I O.S legally took place and add this evidence to their Chapter 11 auction data room. If they cannot, there should be at a bare minimum, a clear reference in their data room to alert the potential purchasers to the dispute in valid ownership rights.

Looking forward to the court's attention to this matter.

Sincerely.

*[signature]*

Paul Olynyk.

Cataric Pty Ltd.

Golden Moon Investments Pty Ltd

## Add a feature
You can purchase optional features at any Post Office, including:

- **Extra Cover** - recommended when sending valuable goods and documents. Up to $5000 cover^
- ^ Subject to Extra Cover Terms & Conditions. Country specific limitations apply, check the International Post Guide for details. This does not limit any rights

## Double check
Please make sure:

- The Customs Declaration form is completed, signed by the sender, and inserted in the plastic pocket below
- The sender and receiver details are completed, including contact details in case we

## Post & Track
You can post your parcel at any Post Office:

- Take this item to the counter at any Post Office and pay for the postage
- You can track your item* at auspost.com.au/track by entering the article ID from your receipt

† This service is available to most overseas destinations. See the International Post Guide for country specific limitations.
** Estimated delivery time to metro areas of major cities. Excludes any time in customs and delay due to reasons outside of Australia Post's control. Country specific delivery times are available online at auspost.com.au

Australia Post acknowledges the Traditional Custodians of the land on which we operate, live and gather as employees, and recognise their continuing connection to land, water and community. We pay respect to past, present and



EJ 341 766 846 AU



CN23

### 1. From (Sender)
- Name: PAUL OLINYK
- Company Name: CATARIC PTY LTD
- Email: paul.olynyk2@bigpond.com
- Telephone No.: 0419 309 905
- Address: 333 Glenferrie Rd Malvern
- City / State / Postcode: Vic, 3144
- Country: Australia

### 2. To (Receiver)
- Name: COURT CLERK
- Company Name: U.S BANKRUPTCY COURT
- Email:
- Telephone No.:
- Importer's Reference No.:
- Address: 824 NORTH MARKET ST 3RD FLOOR
- City / State / Postcode: WILMINGTON, DE 19801
- Country: U.S.A

### 3. Customs Declaration
- Category Of Item (Tick ✓): [X] Documents  [ ] Gift  [ ] Commercial Sample  [ ] Returned Goods  [ ] Merchandise  [ ] Other
- Reason For Export:
- Full Description Of Goods: LETTER A4

### Instructions
1. Please read the Australia Post Terms and Conditions applying to this service, available at www.auspost.com.au or at a Post Office.
2. Please press firmly with a ballpoint pen - you are making multiple copies.
3. Please write the destination city and country in ENGLISH. If you also wish to address the item in the language of destination, please attach a separate address directly to the package.

### 4. Extra Cover
[ ] Extra Cover* (Tick)    * For UPU purposes Extra Cover means Insured Value
Amount Of Cover (AUD$):

### 5. In Case Of Non-Delivery
[X] Return By Most Economical Route    [ ] Treat As Abandoned

### 6. Sender's Authorisation And Signature
The sender acknowledges: • this article may be carried by air and will be subject to aviation security and clearing procedures • carriage of the article will be subject to the Australia Post Terms and Conditions available at www.auspost.com.au or a Post Office • they may be liable for any costs imposed by Customs, including customs or excise duty.
The sender declares: • the information provided in this customs declaration form is true and correct • the article does not contain any explosive or similar devices/dangerous goods (other than those permitted and specifically disclosed on this form) or prohibited by legislation or by postal or customs regulations.

Signature Of Sender: X
Articles without this declaration signed will not be delivered.



Export Clearance No.**
For Commercial Items Only
HS Tariff No. | Country Of Origin

| No. Of Items | Net Weight (kgs) | Value (AUD$) |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
| TOTAL |  | $ |

**For goods with a value of $2,000 (AUD) or more

### Australia Post
**Limitations Of Liability**
Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention may apply to the carriage of goods under this service and exclude or limit Australia Post's liability for losses. See the Australia Post Terms and Conditions at www.auspost.com.au or at a Post Office.