# EXHIBIT F

**Submission to Bankruptcy Court by Mr. Cotroneo**

August 16, 2025

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, DE 19801

Attn: Court Clerk, Case #25-11280-KBO

Attn: Honorable Judge Karen B. Owens

To whom it may concern,

I am writing to the Court and Trustees as a deeply concerned shareholder in MJM Technology.

My name is Raffaele Cotroneo, and I hold a substantial position in MJM shares through two entities: A Beautiful Mutiny Pty Ltd and The Cotroneo Grulli Superannuation Fund, where I act as Director and Trustee respectively.

I have recently reviewed the Chapter 11 proceedings for My Job Matcher Inc (Case Number 25-11280-KBO), and I am alarmed by the claims made by Robert Corliss and Serengeti regarding the ownership of the Team.ai OS technology, which they intend to include in the Chapter 11 auction process.

This technology was acquired by MJM Technology Ltd in 2023 for approximately $30 million through a combination of stock and cash. As shareholders, we accepted significant stock dilution to facilitate this acquisition, with the clear understanding that MJM Technology Ltd would retain ownership of the asset. This was a strategic decision made with the expectation that the advanced AI capabilities of Team.ai would deliver substantial long-term value to MJM shareholders.

In the declaration submitted by Robert Corliss (page 6, sections 14 and 15), he states:

"Upon information and belief, following the closing of the TeamAI Transaction, non-Debtor affiliate Job.com-Team.ai Inc. transferred ownership and control of the TeamAI OS to Debtor Job.com and certain of the other Debtors."

This phrasing—particularly "upon information and belief"—raises serious concerns. It appears to be a speculative statement rather than one backed by legal documentation or shareholder consent. MJM Technology has historically operated with transparency, providing regular updates and maintaining open communication with its shareholders. The notion that a $30 million asset could be transferred without shareholder knowledge or approval is entirely inconsistent with MJM's governance practices.

I have confirmed with MJM leadership that they have no knowledge of such a transfer and have formally disputed the claim with Robert Corliss. If this asset has indeed been transferred, it would have required a shareholder vote, which never occurred.

The implications of this uncertainty are significant. Any potential buyer in the Chapter 11 auction could face legal and operational complications due to unclear asset ownership. This not only risks misleading bidders but also threatens to devalue the auction and undermine shareholder equity.

Therefore, I respectfully request that the Court and Trustees require Robert Corliss and Serengeti to provide legal documentation proving the transfer of ownership from MJM Technology Ltd to My Job Matcher Inc. At the very least, this issue should be clearly disclosed in the auction data room so that interested parties conducting due diligence are aware of the dispute regarding ownership rights.

As a shareholder, I am deeply concerned about the potential loss of millions of dollars in equity if this technology is wrongfully claimed or sold without proper legal basis. I urge the Court to ensure transparency and accountability in this matter.

Thank you for your attention.

Sincerely,

Raffaele Cotroneo

Director & Trustee

A Beautiful Mutiny Pty Ltd

The Cotroneo Grulli Superannuation Fund

**Australia Post — International Post Express**

- **Double check** — Please make sure:
  - The Customs Declaration form is completed, signed by the sender, and inserted in the plastic pocket below
- **Post & Track** — You can post your parcel at any Post Office:
  - Take this item to the counter at any Post Office and pay for the postage
  - You can track your item* at
- † This service is available to most overseas destinations. See the International Post Guide for country specific limitations.
- ** Estimated delivery time to metro areas of major cities. Excludes any time in customs and delay due to reasons outside of Australia Post's control. Country specific delivery times are available online at auspost.com.au

Supporting Indigenous communities

optional features including:
- Extra Cover - recommended when sending valuable goods and documents. Up to $5000 cover^

EJ 342 032 166 AU


CN23

**1. From (Sender)**
Name: RAFFAELE COTRONEO
Email: raff@mesop.com
Address: 119 CLAUSCEN ST
        FITZROY NORTH
City / State / Postcode: VICTORIA 3068
Country: AUSTRALIA

**Instructions**
1. Please read the Australia Post Terms and Conditions applying to this service, available at www.auspost.com.au or at a Post Office.
2. Please press firmly with a ballpoint pen - you are making multiple copies.
3. Please write the destination city and country in ENGLISH. If you also wish to address the item in the language of destination, please attach a separate address directly to the package.

**4. Extra Cover**
☐ Extra Cover* (Tick)   *For UPU purposes Extra Cover means Insured Value
Amount Of Cover (AUD$):

**2. To (Receiver)**
Name: JUDGE KAREN B OWENS   Company Name: US BANKRUPTCY COURT
Email:
Importer's Reference No.: CASE # 25-11280-KBO
Address: 824 NORTH MARKET STREET, 3RD FLOOR
City / State / Postcode: WILMINGTON DE 19801
Country: UNITED STATES OF AMERICA / USA

**5. In Case Of Non-Delivery**
☑ Return By Most Economical Route   ☐ Treat As Abandoned

**6. Sender's Authorisation And Signature**
The sender acknowledges: - this article may be subject to aviation security and clearing procedures - carriage of the article is subject to the Australia Post Terms and Conditions available at www.auspost.com.au or at a Post Office - they may be liable for any costs imposed by Customs, including customs or excise duty.
The sender declares: - the information provided in this Customs declaration form is true and correct - the article does not contain any explosive or incendiary devices, dangerous goods (other than those permitted and specifically disclosed on the form) or anything prohibited by legislation or postal or customs regulations.
Signature Of Sender: X [signature]
Articles without this declaration signed will not be delivered.

**3. Customs Declaration**
Category Of Item (Tick ✓): ☑ Documents  ☐ Gift  ☐ Commercial Sample  ☐ Returned Goods
☐ Merchandise  ☐ Other    Reason For Export:

Export Clearance No.**
For Commercial Items Only



| Full Description Of Goods | No. Of Items | Net Weight (kgs) | Value (AUD$) | HS Tariff No. | Country Of Origin |
|---|---|---|---|---|---|
| DOCUMENT | 1 | — | $ / | | |
| | | | $ | | |
| | | | $ | | |
| | | | $ | | |
| TOTAL | | 80g | $ NV | | |

**For goods with a value of $2,000 (AUD) or more

**Limitations Of Liability** — Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention may apply to the carriage of goods under this service and exclude or limit Australia Post's liability for losses. See the Australia Post Terms and Conditions at www.auspost.com.au or at a Post Office.

August 2021 8840472

*^ Terms and Conditions