# EXHIBIT G

**Objection Filed by TEAM AI Creator in Bankruptcy Court**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
MY JOB MATCHER, INC. *et al.*,[1]                   :    Case No. 25-11280 (KBO)
                                                    :
                            Debtors.                :
---------------------------------------------------------------X

**LIMITED OBJECTION OF ERIN WILSON, IN HIS CAPACITY AS SELLER REPRESENTATIVE FOR TEAM.AI CORP., TO THE PROPOSED SALE OF ASSETS**

Erin Wilson, in his capacity as Sellers' Representative for the former shareholders (including himself) (the "**Former Shareholders**") of Team.ai Corp. ("**Team.ai**"), by and through his undersigned counsel, hereby makes this limited objection to the proposed sale of assets of the Debtors in accordance with the order dated July 28, 2025 [Dkt. No. 110] (the "**Bidding Procedures Order**"), and respectfully states as follows:

**Preliminary Statement**

1. The Former Shareholders sold their Team.ai stock to a non-debtor – Job.com-Team.ai, Inc. (the "**Purchaser**"). Although the Purchaser is not a debtor, the Debtors appear to have taken the position that the intellectual property and technology created by Team.ai (as further defined below, the "**Team.ai Assets**") is part of the Debtors' bankruptcy estate that will be included in the proposed sale in accordance with the Bidding Procedures Order.

2. The Debtors, however, do not own the Team.ai Assets. Accordingly, the Former Shareholders file this limited objection solely to oppose the inclusion of the Team.ai Assets in any sale to be conducted by the Debtors in these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163). For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

5355894.2

**Factual Background**

3. Over a number of years, Team.ai developed a proprietary video-based hiring operating system (the "**Team.ai Assets**").

4. Pursuant to a Stock Purchase Agreement, dated September 20, 2023 (the "**SPA**")[2], the shareholders of Team.ai sold their stock to the Purchaser for up to $30 million dollars through a combination of cash payments (aggregating approximately $5 million) and shares of MJM Tech Ltd. ("**MJM**"), which was represented to be the Purchaser's parent company (the "**Team.ai Transaction**"). Upon information and belief, MJM is also the parent company of one or more of the Debtors.

5. As this was a stock transaction, all assets of Team.ai remained with Team.ai, just under new ownership. Thus, the source code underlying the Team.ai Assets remains an asset of Team.ai.

6. As part of the transaction, Princeton One, LLC, who is purportedly a Debtor, entered into an employment agreement with Mr. Wilson to serve as Chief of Talent Operations. Following the Team.ai Transaction, part of Mr. Wilson's duties were to continue developing the Team.ai Assets, which Mr. Wilson did until about October 2024, when the Purchaser and/or the Debtors stopped paying the software developers who were developing the Team.ai Assets as well as various other third parties whose services were required to continue operating and developing the Team.ai Assets. Mr. Wilson understands that the amount unpaid for the development of the Team.ai Assets exceeds $900,000, and that the non-payment of such amount directly led to the cessation of development of the Team.ai Assets.

---

[2] Pursuant to the SPA, all the Former Shareholders appointed Erin Wilson as "Sellers' Representative" to act on their behalf with respect to the SPA.

7. On July 6, 2025 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under the title 11 of chapter 11 of the United States Code (the "**Bankruptcy Code**"). No petition was filed for the Purchaser.

8. On the Petititon Date, Robert J. Corliss, in his capacity as Chief Executive Officer of the Debtors, filed an declaration with this Court [Dkt. No. 13] (the "**First Day Declaration**"). In paragraph 14 of the First Day Declaration, Mr. Corliss acknowledges the existence of the Team.ai Transaction. But in the following paragraph, Mr. Corliss asserts that "[u]pon information and belief, following the closing of the TeamAI Transaction, non-Debtor affiliate Job.com-Team Inc. transferred ownership and control of the TeamAI OS [i.e., the Team.ai Assets] to Debtor Job.com and certain of the other Debtors." Mr. Wilson requested that Mr. Corliss, and Mr. Wilson's counsel requested of Debtors' counsel, that that the Debtors provide evidence that the Team.ai Assets were transferred to the Debtors. Despite such requests, no evidence has been provided.

9. In addition, Mr. Wilson understands that MJM also requested evidence that the Team.ai Assets were transferred to the Debtors and received no evidence of the transfer. Copies of the communications from MJM to the Debtors are annexed hereto as Exhibits 1 and 2.[3]

10. In accordance with the Team.ai Transaction, the shareholders of Team.ai, including Mr. Wilson, should have already received all $5 million in cash plus the MJM stock they were entitled to pursuant to the SPA. However, to date, the shareholders of Team.ai have only received $1,046,993.66 and no stock.[4] The outstanding balance now totals approximately

---

[3] Although not signed, Mr. Wilson understands that these were the letters transmitted by MJM to the Debtors.
[4] Mr. Wilson's sole objective is to protect him and the other Former Shareholders as they have not been paid the amounts that were required to be paid to them pursuant to the SPA. If the Team.ai Assets are stripped from a non-debtor – the Purchaser – and sold in these chapter 11 cases, then such Former Shareholders will be significantly impaired and effectively deprived of the ability to receive amounts rightfully due to them pursuant to the SPA.

3

$4,545,957.29, inclusive of accrued interest agreed upon between the Purchaser and the Former Shareholders when the Purchaser first missed payments under the SPA.

11. Now, the Debtors are asserting a right to sell the Team.ai Assets despite failing to provide any evidence that they own those assets, and without any party having fulfilled the obligations to the Former Shareholders pursuant to the SPA.

## Objection

12. Section 363 of the Bankruptcy Code permits a debtor to sell any "property of the estate" in accordance with the provisions of the Bankruptcy Code.

13. Pursuant to Section 541 of the Bankruptcy Code, property a debtor's estate consists of "all legal or equitable interests of the debtor in property as of the commencement of the case."

14. At the time of the Team.ai Transaction, the Team.ai Assets were owned by Team.ai. No assets were transferred as part of the Team.ai Transaction, just stock. Despite Mr. Corliss' statement in the First Day Affidavit, there is no evidence that the Team.ai Assets have been transferred to any of the Debtors, nor that the Debtors have any other rights to the Team.ai Assets. Thus, the Debtors have no "legal or equitable interests" in the Team.ai Assets and the Debtors attempt to sell the Team.ai Assets pursuant to Section 363 of the Bankruptcy Code must be denied. *See In re Whitehall Jewelers Holdings, Inc.*, 2008 WL 2951974, at *4 (Bankr. D. Del. July 28, 2008) ("[t]he Debtors are not permitted to sell [property] . . . without first demonstrating to this Court that [such property] . . . [is] property of the estate.").

15. Mr. Wilson has no objection to the sale of the Debtors' actual assets, but objects to the inclusion of the Team.ai Assets in any sale of the Debtors' assets. Indeed, Mr. Wilson

submits that it must be made clear in any sale order approving a sale of the Debtors' assets in these chapter 11 cases that such sale does not include the Team.ai Assets.

**WHEREFORE**, Mr. Wilson, as seller representative for the former shareholders of Team.ai Corp., respectfully requests that this Court (i) condition the approval of the sale of the Debtors' assets on providing an explicit statement that the Team.ai Assets are not included in such sale, and (ii) provide such other and further relief as is just and proper.

Dated: September 18, 2025
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE # 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
-and-

Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
711 Third Avenue
New York, New York 10017
Tel: (212) 907-7300
Email: mweinstein@golenbock.com

*Counsel to Erin Wilson, as Sellers' Representative of the former shareholders of Team.ai Corp.*

# Exhibit 1

**MJM.tech**

**Att: Robert J. Corliss**
My Job Matcher, Inc.
108 Wild Basin Rd
Ste 250 West Lake Hills,
TX, 78746-3468
USA

Your reference
MJM/Team.ai

Our reference
RA/RA/11020921/1
UKM/206544428.2

16th July 2025

**By Email Only:**

Dear Sirs,

**Assertion of ownership of Team.AI technology in Chapter 11 Declaration**

**My Job Matcher, Inc.; Job.com-HV, Inc. (DE); Job.com-HV, Inc. (FL); Job.com-Fortus, Inc.; Job.com-Endevis, Inc.; Job.com-QCI, Inc.; Princeton One-Job.com, Inc.; and Princeton Search L.L.C. (together the "Debtors")**

**Case No. 25-11280, United States Bankruptcy Court for the District of Delaware, being cases commenced under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq in respect of the Debtors (the "Proceedings").**

We write in connection with recent filings made by or on behalf of the Debtors in connection with the Proceedings.

You are aware that MJM Tech Limited (**MJM Tech**) is the parent company of Job.com-Team.ai, Inc. (**Team Inc**), which in turn is the sole stockholder of Team.ai Corp. (a Delaware Corporation with file number: 7344894) (**Team Corp**).

None of MJM Tech; Team Inc nor Team Corp comprise Debtors for the purposes of the Proceedings.

We are concerned in relation to statements made as part of the Proceedings in the declaration of Robert J. Corliss (**Declaration**).

The Declaration contains various references to technology developed by Team Corp, being a video-based hiring operating system (**TeamAI OS**). Mr Corliss appears to assert that the Debtors own the TeamAI OS, suggesting (at paragraph 15 of the Declaration) that Team Inc. "*transferred ownership and control of the TeamAI OS to Debtor Job.com and certain of the other Debtors*".

We reject and dispute this assertion. Team Inc remains the sole stockholder of Team Corp, which remains the sole and rightful owner of the TeamAI OS.

No such transfer of ownership has been or was effected at law or in fact. Team Corp has continued to remain a subsidiary of Team Inc following the stock acquisition in September 2023 when ordinary common stock of MJM Tech was issued to the then stockholders of Team Corp (being the principal part of the consideration paid).

.MJM.tech

For the avoidance of doubt, we are also not aware of any executed assignment agreement or other legal instrument between Team Corp / Team Inc and any Debtor that has transferred ownership of the TeamAI OS or its associated intellectual property.

Intellectual property rights cannot be transferred merely by implication or by alleged operational integration and we note that the Declaration does not reference any enforceable written instrument that would satisfy the requirements for an effective transfer of ownership.

It may be that the reference in the Declaration is erroneous and that it should instead refer to the '*Job.com AOR Platform*'. It is acknowledged that the 'Always on Recruiter' (AOR) technology is owned by the Debtors, however the AOR Platform is very different and distinct from the TeamAI OS.

Given the assertions in relation to the TeamAI OS were made in a declaration submitted to a United States Bankruptcy Court, we wanted to write to afford the Debtors and Mr Corliss an opportunity to correct and/or clarify the position in relation to the ownership of the TeamAI OS.

We should be grateful if you, on behalf of the Debtors, would confirm or otherwise provide the following, as soon as possible, and by no later than 5pm (UK time) on Friday 18 July 2025:

1. Identify and provide copies of all documents that you believe evidence or effectuate the purported transfer of ownership of the TeamAI OS from Team Inc. to any of the Debtors.

2. In the absence of such evidence, confirm that the Debtors will refrain from making any further representations, filings, or public statements asserting ownership of the TeamAI OS by the Debtors (including in connection with any sale process).

3. Confirm whether Mr Corliss intends to amend the Declaration to correct what our client believes to be a material misstatement regarding the ownership of the TeamAI OS.

Nothing in this letter or any action or inaction by MJM Tech and/or Team Inc, shall constitute or operate as a waiver, amendment or variation, or prejudice, diminish or otherwise adversely affect, any of their or our present or future rights or remedies. Our rights are and remain fully reserved.

We reserve the right to draw this letter to the attention of the United States Bankruptcy Court.

Yours faithfully


**MJM Tech Limited**

Cc:
Configure Partners (Matt Guill)
Serengeti Multi Series Master LLC-Series ARR, GT
Partners Private Credit Finance LLC
GT Monterey Cypress Finance LLC

# Exhibit 2

.MJM.tech

**Att: Robert J. Corliss**
My Job Matcher, Inc.
108 Wild Basin Rd
Ste 250 West Lake Hills,
TX, 78746-3468
USA

Your reference
MJM/Team.ai

Our reference
RA/RA/11020921/1
UKM/206765427.1

24th July 2025

By Email Only: Morris James LLP (Jeffrey Waxman)

Dear Sirs,

**Assertion of ownership of Team.AI technology in Chapter 11 Declaration**

**My Job Matcher, Inc.; Job.com-HV, Inc. (DE); Job.com-HV, Inc. (FL); Job.com-Fortus, Inc.; Job.com-Endevis, Inc.; Job.com-QCI, Inc.; Princeton One-Job.com, Inc.; and Princeton Search L.L.C. (together the "Debtors")**

**Case No. 25-11280, United States Bankruptcy Court for the District of Delaware, being cases commenced under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq in respect of the Debtors (the "Proceedings").**

We refer to our letter dated 16 July 2025 (**Previous Letter**).

Terms defined in our Previous Letter have the same meaning in this letter unless given a different meaning in this letter.

Our Previous Letter requested by return certain confirmations (amongst others) in relation to the ownership position of the TeamAI OS. We confirmed in our letter that Team Inc remains the sole stockholder of Team Corp, which remains the sole and rightful owner of the TeamAI OS. You have not denied this.

To date we have received no substantive response to our Previous Letter, notwithstanding that a Declaration made in connection with the Proceedings makes certain assertions in relation to the TeamAI OS. We had therefore expected that the Debtors should be able to clarify their position quickly. You will appreciate that the sworn Declaration has been submitted to a United States Bankruptcy Court.

Please can we hear from you as soon as possible. In the absence of any substantive response, we will need to take such action as we may consider is appropriate to protect our position.

We reserve the right to draw this letter to the attention of the United States Bankruptcy Court.

Nothing in this letter or any action or inaction by MJM Tech and/or Team Inc, shall constitute or operate as a waiver, amendment or variation, or prejudice, diminish or otherwise adversely affect, any of their or our present or future rights or remedies.

.MJM.tech

Our rights are and remain fully reserved.

Yours faithfully

**MJM Tech Limited**

MJM Tech Limited 22 Station Road, Cambridge, England, CB1 2JD Company registration number: 10508952