# EXHIBIT I

**Plaintiff's Request for Unredacted Version of Guest Affidavit**

**etakefman@hotmail.com**

| | |
|---|---|
| **From:** | Earl Takefman on behalf of etakefman@hotmail.com |
| **Sent:** | Wednesday, November 26, 2025 12:56 PM |
| **To:** | Robert Corliss; William Chipman; Adam Cole; Geoffrey Raicht; Jeffrey R. Waxman; ckunz_morrisjames.com; mfox@gt-gp.com; A.J. Martinez; bgross@corlissmoore.com |
| **Cc:** | Paul Sloyan; Arran Stewart; Nick Burt |
| **Subject:** | Request for Unredacted Guest Declaration Exhibits (TEAM AI Ownership) – Willing to Sign NDA |

Counsel and Mr. Corliss,

I am writing regarding the **Declaration of Mark Guest in Support of the Debtors' Sale Motion** (Bankr. D. Del. Case No. [25-11280-KBO], Dkt. 267), and in particular the heavily redacted portions and sealed **Exhibits 1 and 2**, which concern the Team.AI / TEAM AI transaction and ownership.

As you know, I am evaluating potential claims in the United States District Court for the District of Delaware arising out of what I believe to be a false declaration by Mr. Corliss regarding the ownership of the TEAM AI asset. Before I initiate any such action, I am attempting to obtain a clear and accurate understanding of the actual ownership and corporate structure surrounding TEAM AI at the relevant times.

To avoid unnecessary litigation, and **to proceed in good faith** and on the basis of complete information rather than speculation, I hereby request that you provide me with:

1. An **unredacted version of the Mark Guest Declaration**, or at minimum the portions redacted in the filed version that relate to TEAM AI / Team.AI / Job.com Tech and the asset's chain of title; and
2. **Unredacted copies of Exhibits 1 and 2** to the Guest Declaration, which are currently filed under seal.

I fully understand that these materials have been sealed and may contain confidential or commercially sensitive information. To address that concern, I am willing to:

1

- Execute a **reasonable NDA and/or stipulated protective order** strictly limiting my use of these documents to:
  (a) evaluating potential claims arising from the TEAM AI ownership representations; and
  (b) any subsequent litigation related to that narrow issue;
- Agree that I will **not use the documents to attack, overturn, or otherwise seek relief from Judge Owens' sale order** in the bankruptcy case; and
- Treat all unredacted materials as **"attorneys' eyes only" / "confidential"** to the extent you deem appropriate, and not disclose them to any third party absent further agreement or court order.

If you believe there is a more appropriate formal mechanism (such as a stipulated motion for access under protective order in the bankruptcy case), I am willing to cooperate and sign whatever reasonable documents are necessary to obtain access.

Please let me know within ten (10) days from the date of this e-mail whether you will:

1. Provide unredacted copies subject to NDA/protective order; or
2. Propose an alternative procedure that will allow me to review these materials under reasonable confidentiality protections.

If you decline, I will simply proceed on the basis of the redacted record and reserve all rights, including seeking access through the courts if and when appropriate. For now, my goal is to resolve this specific information issue informally and in good faith.

Thank you for your attention. I look forward to your prompt response.

*Earl Takefman*

Cell: (786)-757-0780
Office: (305)-933-1757
Fax: (305)-397-1915
851 NE 1st Avenue, Suite 2710
Miami, FL 33132

2