UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case No. 25-1505

**EARL TAKEFMAN**

"*Plaintiff*",

v.

**ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST**

"*Corliss Defendants*"

and

**MJM TECH LIMITED, PAUL SLOYAN and ARRAN STEWART**

"*MJM Defendants*"

_____/

## MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY (CM/ECF)

Plaintiff, **Earl Takefman**, appearing **pro se**, respectfully moves this Court for permission to file documents electronically through the Court's **CM/ECF system**, and states as follows:

1. Plaintiff is representing himself in this action and is therefore not automatically authorized to use CM/ECF under the District of Delaware's procedures governing pro se litigants.

2. Plaintiff has **extensive experience with electronic filing systems**, including CM/ECF use in:

    o   The United States District Court for the Southern District of Florida, and

    o   The Florida state courts' e-filing portal (both circuit and appellate divisions).

1

3. Plaintiff is fully familiar with:
    - Uploading PDF pleadings,
    - Filing motions, responses, notices, and exhibits,
    - Managing service through electronic means, and
    - Complying with formatting and procedural rules governing electronic filings.

4. Granting electronic filing access will:
    - Promote efficiency,
    - Reduce administrative burden,
    - Ensure timely filings, and
    - Allow Plaintiff to comply more easily with all deadlines and Court orders.

5. Plaintiff agrees to comply fully with all local rules, CM/ECF procedures, and any instructions the Court may issue regarding electronic filing privileges.

WHEREFORE, Plaintiff respectfully requests that the Court **grant him permission to register for and use the CM/ECF electronic filing system** in this matter and enter an order permitting electronic filing pursuant to the Court's guidelines for pro se litigants.

Respectfully submitted this 11th day of December 2025 by:

/s/ Earl Takefman

**Earl Takefman**

Pro Se Plaintiff