OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Randall Lohan
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## DEFICIENCY NOTICE

DATE:   12/16/25

TO:   Earl Takefman

RE:   CA# **25 – 1505**   CASE CAPTION:   Takefman v. Corliss et al

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case **does not conform** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:

☒ **The Court will take no action on subject document until discrepancies are corrected.**

☐ **Corrective action has been taken by the Court.**

☐ D.I.#_____ Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐ D.I.#_____ Certificate of Service required for service on Pro-Se parties and for filings made by Pro-Se parties .

☐ D.I.#_____ No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐ D.I.#_____ Discovery document(s) erroneously filed.  Document will be removed from the docket.

☐ D.I.#_____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.#_____ Brief does not conform to local rules:_____.

☐ D.I.#_____ Sealed documents not properly presented for filing -_____
_____

☐ D.I.#_____ CD Rom disc or thumb drive required for filings submitted by Attorneys without CM/ECF filing rights.  Please resubmit documents in pdf format on disc or thumb drive.

☒ D.I.#_____ Other:  Summons form submitted for Defendant A.J. Martinez must match the named Defendant (with same spelling) on the Complaint. Please see Rule 4 of the Federal Rules of Civil Procedure.          .

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170.  Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(DEFICIENCY NOTICE - Rev. March 2017)

Deputy Clerk