

```
EARL TAKEFMAN                              1.0 LBS
(786) 757-0780                        SHP WT: 1 LBS
THE UPS STORE #4761
153 E FLAGLER ST                      DATE: 24 DEC 2025
MIAMI   FL 33131-1101

SHIP   COURT CLERK CASE#1 25-CV-01505-CFC
TO:    US DISTRICT COURT OF DELAWARE
       UNIT 18
       844 N KING ST

       WILMINGTON  DE 19801-3519

       DE 197 9-25

UPS 2ND DAY AIR A.M.                        2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB
```