UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case No. 1:25-cv-01505-CFC



**EARL TAKEFMAN**

    *"Plaintiff"*,

v.

**ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST**

    *"Corliss Defendants"*

and

**MJM TECH LIMITED, PAUL SLOYAN and ARRAN STEWART**

    *"MJM Defendants"*

_____/

## PLAINTIFF'S MOTION TO CONDUCT ALL HEARINGS BY REMOTE MEANS

Plaintiff Earl Takefman, pro se, respectfully moves this Court for an Order permitting all hearings in this matter, excluding an eventual trial, to be conducted by remote means (videoconference or teleconference), unless the Court determines that an in-person hearing is necessary. In support, Plaintiff states as follows:

**I. Argument**

1. This case involves thirteen (13) defendants located across multiple jurisdictions, including Georgia, Utah, Delaware, New York, California, Texas, the United Kingdom, and Monaco.

2. Requiring in-person appearances would impose **significant and unnecessary travel burdens** on the parties, particularly at this early procedural stage, without any corresponding benefit to the Court.

3. Federal courts - including this District - routinely conduct hearings by remote means where doing so:
- promotes efficiency,
- reduces costs,
- avoids unnecessary delay, and
- does not prejudice any party.

4. The issues presently before the Court are procedural and legal in nature, not dependent on witness credibility or live testimony.

5. Plaintiff is proceeding pro se and is fully capable of participating in remote hearings using standard videoconferencing technology.

6. Allowing remote hearings will facilitate orderly case management, particularly given the geographic dispersion of the parties and the likelihood that multiple defendants will appear through counsel admitted pro hac vice.

## II. Relief Requested

Plaintiff respectfully requests that the Court enter an Order permitting all hearings in this action to be conducted by remote means, unless the Court determines that an in-person hearing is necessary in the interests of justice.

Respectfully submitted this 22nd day of December 2025 by:

/s/ Earl Takefman

**Earl Takefman, Plaintiff**

2

## CERTIFICATE OF SERVICE

I hereby certify that I sent copies of this motion to all Defendants via e-mail as no lawyers appeared in the file yet. I will reserve once lawyers appear.

/s/ Earl Takefman

**Earl Takefman, Plaintiff**