

EARL TAKEFMAN
(786) 757-0700
THE UPS STORE #4761
153 E FLAGLER ST
MIAMI FL 33131-1101

1.0 LBS
SHP WT: 1 LBS
DATE: 24 DEC 2025

SHIP COURT CLERK CASE#1 25-CV-01505-CFC
TO: US DISTRICT COURT OF DELAWARE
UNIT 18
844 N KING ST

WILMINGTON DE 19801-3519

DE 197 9-25

UPS 2ND DAY AIR A.M.    2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB