# EXHIBIT A

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-1505 | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>14804021 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Earl Takefman | | Defendant / Respondent:<br>ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST | |
| Received by:<br>Action Process Servers | | For:<br>Pro se | |
| To be served upon:<br>Corliss Moore & Associates LLC, c/o Robert J. Corliss, Sr | | | |

I, Paulette Thompson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Corliss Moore & Associates LLC, c/o Robert J. Corliss, Sr, Home: 5052 Legends Drive, Braselton, GA 30517
**Manner of Service:** Unsuccessful Attempt
**Documents:** Corliss Moore Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Dec 17, 2025, 9:12 am EST at Home: 5052 Legends Drive, Braselton, GA 30517
Bad Address. House is vacant. There was no furniture inside the house and the only thing in the garage was a trash can with an old mop. There is a "renters/real estate" lock hanging from the outside light at the front door. I left the premises and went to the gate attendant's office and spoke with the female attendant (w/f, 55 yo, 5'5", 180 lbs. with short blond hair) and she looked on their system and stated that Mr. Robert Corliss is still showing as living there. She also stated that they don't always know when residents move out because they have had multiple to "up and leave in the middle of the night."

I ran a skip trace on Mr. Robert Corliss and it shows his last known address is 5052 Legends Drive, Braselton, GA, as the last address as of December 17, 2025. I have no further leads at this particular time and due diligence has been conducted and exhausted by myself and Mr. Earl Takefman.

Paulette Thompson    12-18-2025
Date

Action Process Servers
121 Pottersville Court
Jefferson, GA 30549
770-697-5150

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
12-18-2025    03-06-2028
Date    Commission Expires

[Notary Seal: STEPHEN LAMAR THOMPSON, NOTARY PUBLIC, JACKSON COUNTY, GEORGIA, MARCH 06, 2028]

# EXHIBIT B

# AFFIDAVIT OF NON-SERVICE

| Case: 25-1505 | Court: United States District Court for the District of Delaware | County: New Castle, DE | Job: 14804021 |
|---|---|---|---|
| Plaintiff / Petitioner: Earl Takefman | | Defendant / Respondent: ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST | |
| Received by: Action Process Servers | | For: Pro se | |
| To be served upon: Corliss Moore & Associates LLC, c/o Robert J. Corliss, Sr | | | |

I, Paulette Thompson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Corliss Moore & Associates LLC, c/o Robert J. Corliss, Sr, Home: 5052 Legends Drive, Braselton, GA 30517
**Manner of Service:** Unsuccessful Attempt
**Documents:** Corliss Moore Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Dec 17, 2025, 9:12 am EST at Home: 5052 Legends Drive, Braselton, GA 30517
Bad Address. House is vacant. There was no furniture inside the house and the only thing in the garage was a trash can with an old mop. There is a "renters/real estate" lock hanging from the outside light at the front door. I left the premises and went to the gate attendant's office and spoke with the female attendant (w/f, 55 yo, 5'5", 180 lbs. with short blond hair) and she looked on their system and stated that Mr. Robert Corliss is still showing as living there. She also stated that they don't always know when residents move out because they have had multiple to "up and leave in the middle of the night."

I ran a skip trace on Mr. Robert Corliss and it shows his last known address is 5052 Legends Drive, Braselton, GA, as the last address as of December 17, 2025. I have no further leads at this particular time and due diligence has been conducted and exhausted by myself and Mr. Earl Takefman.

Paulette Thompson   12-18-2025
Paulette Thompson       Date

Action Process Servers
121 Pottersville Court
Jefferson, GA 30549
770-697-5150

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
12-18-2025      03-06-2028
Date              Commission Expires

[Notary Seal: STEPHEN LAMAR THOMPSON, NOTARY PUBLIC, JACKSON COUNTY, GEORGIA, MY COMMISSION EXPIRES MARCH 06, 2028]

# EXHIBIT C

## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 1:25-CV-01505-UNA

**Plaintiff:** EARL TAKEFMAN
vs.
**Defendant:** ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST

For:
EARL TAKEFMAN
EARL TAKEFMAN
851 NE 1ST AVE. #2710
MIAMI, FL 33132

Received by ANDERSON ATTORNEY SERVICES on the 19th day of December, 2025 at 7:27 am to be served on **Corliss Moore & Associates Llc, 1743 Sidewinder Drive, 1st Floor, PARK CITY, UT 84060.**

I, SPENCER MONTGOMERY, being duly sworn, depose and say that on the **19th day of December, 2025** at **10:00 am**, I:

**NON-SERVED** the **SUMMONS; COMPLAINT FOR CIVIL CONSPIRACY,FRAUD, AND AIDING AND ABETTING FRAUD (Demand for Jury Trial); EXHIBITS;** for the reason that I failed to find **Corliss Moore & Associates Llc** or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:
12/19/2025  10:00 am  1743 Sidewinder Drive, 1st Floor, PARK CITY, UT 84060, THIS IS A BAD ADDRESS. THERE IS NOBODY HERE. IT IS A VACANT OFFICE.

I am over the age of 18 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.



HEIDI ANDERSON
Notary Public, State of Utah
Commission # 741235
My Commission Expires
01/24/29

Subscribed and Sworn to before me on the 19th day of December, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SPENCER MONTGOMERY
Process Server

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
(801) 773-8220

Our Job Serial Number: AND-2025007401

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

Earl Takefman
851 NE 1st Avenue, #2710
Miami, FL 33132

*Plaintiff(s)*

v.

Corliss Moore & associates, LLC
5052 Legends Drive
Braselton, GA 30517
Corliss Sr., et al.

*Defendant(s)*

SERVER_____
DATE_____ TIME_____:____
P/S_____
ANDERSON ATTORNEY SERVICES #P101391
PO BOX 535, SLC, UT 84110  801-619-1110

Civil Action No. 25-1505

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corliss Moore & Associates LLC
c/o Robert J. Corliss, Sr
5052 Legends Drive
Braselton, GA 30517

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earl Takefman
851 NE 1st Avenue, #2710
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/16/25_____

*Signature of Clerk or Deputy Clerk*

# EXHIBIT D

14

Attorney: Pro Se Address:  Job #: 4618528

# AFFIRMATION OF NON SERVICE

Client's File No.: takefman vs.

UNITED STATES DISTRICT COURT
STATE OF DELAWARE, COUNTY OF DISTRICT OF

INDEX NO.: 25-1505
COUNTY OF DISTRICT OF

**EARL TAKEFMAN**

*Plaintiff*

vs

**SERENGETI ASSET MANAGEMENT LP**

*Defendant*

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 12/22/2025, at the following time: 2:45 PM, at 1115 BROADWAY, 12TH FLR, NEW YORK, NY 10010, affirmant attempted to serve the within SUMMONS IN A CIVIL ACTION - COMPLAINT - EXHIBITS

upon SERENGETI ASSET MANAGEMENT L.P. C/O J.L. SERENGETI ASSET MANAGEMENT LP
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
1115 BROADWAY, 12TH FLR, NEW YORK, NY 10010
affirmant was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [x] Other: UNKNOWN PER SECURITY
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|------|------|-------|
|      |      |       |

I affirm on 12/23/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

# EXHIBIT E

## AFFIDAVIT OF NON-SERVICE

| Case: 25-1505 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE | County: | Job: 14811755 |
|---|---|---|---|
| Plaintiff / Petitioner: EARL TAKEFMAN | | Defendant / Respondent: CORLISS SR., ET AL | |
| Received by: Sparre Process Serving | | For: Earl Takefman | |
| To be served upon: Mark Guest | | | |

I, Jeffrey Wilson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mark Guest, 304 Duffy Lane, Austin, TX 78738
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS, COMPLAINT FOR CIVIL CONSPIRACY, FRAUD AND AIDING ABBETTING FRAUD (DEMAND FOR JURY TRIAL), EXHIBITS (Received Dec 17, 2025 at 5:33pm CST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 18, 2025, 7:37 pm CST at 304 Duffy Lane, Austin, TX 78738
No answer at door, no vehicles in driveway, no lights on.

2) Unsuccessful Attempt: Dec 20, 2025, 10:03 am CST at 304 Duffy Lane, Austin, TX 78738
No answer at door, no vehicles in driveway. I left my contact information.

3) Unsuccessful Attempt: Dec 22, 2025, 7:16 pm CST at 304 Duffy Lane, Austin, TX 78738
No answer at door, no vehicles in driveway, no interior or exterior lights, packages on porch addressed to Matt and Whitney Ennis. My contact card was still on the door.

My name is Jeffrey Wilson, I am at least 18 years old, and my address is 500 E. 4th St. #143, Austin, TX 78701, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

_____   12/23/2025
Jeffrey Wilson                   Date
PSC-14357

Sparre Process Serving
500 E. 4th St. #143
Austin, TX 78701
5126085583