

```
EARL TAKEFMAN                                      1.0 LBS
(786) 757-0780                                     SHP WT: 1 LBS
THE UPS STORE #4761                                DATE: 24 DEC 2025
153 E FLAGLER ST
MIAMI  FL 33131-1101


SHIP    COURT CLERK CASE#1 25-CV-01505-CFC
TO:     US DISTRICT COURT OF DELAWARE
        UNIT 18
        844 N KING ST

        WILMINGTON  DE 19801-3519

                DE 197 9-25


        UPS 2ND DAY AIR A.M.           2A
        TRACKING #: 1Z A29 7V1 07 6707 0731


BILLING: P/P

REF #1: AB
```