AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

Earl Takefman
851 NE 1st Avenue, #2710
Miami, FL 33132

*Plaintiff(s)*

v.

Morris James LLP ~~SCS~~
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Corliss Sr., et al.

*Defendant(s)*

Civil Action No. 25-1505

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801



FILED
DEC 29 2025
US DISTRICT COURT
DISTRICT OF DELAWARE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earl Takefman
851 NE 1st Avenue, #2710
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/16/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-1505-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MORRIS JAMES LLP__

was received by me on *(date)* __12/22/2025__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __ALLEGRA CIAMORI (AUTHORIZED PERSON AT MORRIS JAMES LLP)__ , who is designated by law to accept service of process on behalf of *(name of organization)* __MORRIS JAMES LLP__ AT 3205 AVE N BLVD, STE 100, WILMINGTON, DE 19803 NEW ADDRESS on *(date)* 12/22/2025 AT 11:15 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: 12/22/2025

Server's signature

GILBERT DEL VALLE       PROCESS SERVER
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

Server's address

Additional information regarding attempted service, etc:
SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS;