

EARL TAKEFMAN
(786) 757-0780
THE UPS STORE #4761
153 E FLAGLER ST
MIAMI  FL 33131-1101

1.0 LBS
SHP WT: 1 LBS
DATE: 24 DEC 2025

SHIP   COURT CLERK CASE#1 25-CV-01505-CFC
TO:   US DISTRICT COURT OF DELAWARE
      UNIT 18
      844 N KING ST

WILMINGTON  DE 19801-3519

DE 197 9-25

UPS 2ND DAY AIR A.M.   2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB



The UPS Store RFID Label
Tracking #
1ZA297V10767070731
U.S.M.S