Case 1:25-cv-01505-CFC   Document 10-1   Filed 12/29/25   Page 1 of 2 PageID #: 226

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Case No. 1:25-cv-01505- CFC

**EARL TAKEFMAN**

    *"Plaintiff"*,

v.

**ROBERT J. CORLISS, SR.; CORLISS MOORE & ASSOCIATES, LLC; JEFFREY R. WAXMAN; CARL N. KUNZ, III; MORRIS JAMES LLP; SERENGETI ASSET MANAGEMENT, L.P.; A.J. MARTINEZ; GHOST TREE PARTNERS, LP; MARK FOX, and MARK GUEST**

    *"Corliss Defendants"*

and

**MJM TECH LIMITED, PAUL SLOYAN and ARRAN STEWART**

    *"MJM Defendants"*

_____/

### PROOFS OF SERVICE FOR CERTAIN DEFENDANTS

Plaintiff files the following affidavits of service from specific process servers for the following Defendants:

Defendant Morris James LLP – **Exhibit A**

Defendant Jeffrey R. Waxman – **Exhibit B**

Defendant Carl N. Kunz, III – **Exhibit C**

Defendant Arran Stewart – **Exhibit D**

Defendant MJM Tech Limited – **Exhibit E**

Defendant Ghost Tree Partners L.P. - **Exhibit F**

Defendant Mark Fox – **Exhibit G**



FILED
DEC 29 2025
US DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted this 23rd day of December 2025 by:

/s/ Earl Takefman

**Earl Takefman, Plaintiff**