```
EARL TAKEFMAN                                   1.0 LBS
(786) 757-0780
THE UPS STORE #4761                         SHP WT: 1 LBS
153 E FLAGLER ST
MIAMI   FL 33131-1101                       DATE: 24 DEC 2025


SHIP    COURT CLERK CASE#1 25-CV-01505-CFC
TO:     US DISTRICT COURT OF DELAWARE
        UNIT 18
        844 N KING ST

        WILMINGTON DE 19801-3519

              DE 197 9-25

        UPS 2ND DAY AIR A.M.         2A
        TRACKING #: 1Z A29 7V1 07 6707 0731

        BILLING: P/P

        REF #1: AB
```



The UPS Store RFID Label
Tracking #
U.S.M.S
1ZA297V10767070731