

```
EARL TAKEFMAN                              1.0 LBS
(786) 757-0780
THE UPS STORE #4761                   SHP WT: 1 LBS
153 E FLAGLER ST
MIAMI   FL 33131-1101                 DATE: 24 DEC 2025

SHIP   COURT CLERK CASE#1 25-CV-01505-CFC
TO:    US DISTRICT COURT OF DELAWARE
       UNIT 18
       844 N KING ST

       WILMINGTON    DE 19801-3519

              DE 197 9-25

UPS 2ND DAY AIR A.M.                       2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB
```

The UPS Store RFID Label
Tracking # 1ZA297V107670707 0731
U.S.M.S.