

```
EARL TAKEFMAN                                    1.0 LBS
(786) 757-0780                              SHP WT: 1 LBS
THE UPS STORE #4761
153 E FLAGLER ST
MIAMI   FL 33131-1101                       DATE: 24 DEC 2025

SHIP   COURT CLERK CASE#1 25-CV-01505-CFC
TO:    US DISTRICT COURT OF DELAWARE
       UNIT 18
       844 N KING ST

       WILMINGTON  DE 19801-3519

                          DE 197 9-25

UPS 2ND DAY AIR A.M.                               2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB

MM1R960NH7J75 ISH 13.00C ZZP 450 50.5V 12/2025
```



The UPS Store RFID Label
Tracking #
1ZA297V1076707 0731
U.S.M.S

