IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL TAKEFMAN,<br><br>        Plaintiff,<br>VS.<br><br>CORLISS SR., ET AL<br><br>        Defendant. | CAUSE NO. 25-1505 |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Dec 17, 2025, 5:33 pm,**

**SUMMONS, COMPLAINT FOR CIVIL CONSPIRACY, FRAUD AND AIDING ABBETTING FRAUD (DEMAND FOR JURY TRIAL), EXHIBITS,**

and was executed at **201 Slate Rock Terrace, Austin, TX 78738** within the county of **Travis** at **10:23 AM** on **Sat, Dec 20 2025,** by delivering a true copy to the within named

**MJM TECH LIMITED BY SERVING ARRAN STEWART**
Documents accepted by Melanie Chalk, defendant's Mother-in-Law. Caucasian female, 65, blonde, no glasses, 5'6", 120lbs.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jeffrey Wilson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **December 20, 2025.**

_____
Jeffrey Wilson
Certification Number: PSC-14357
Certification Expiration: 7/31/2026

