| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>STATUS-ONE INVESTMENTS<br>Earl Takefman<br>  TELEPHONE NO:  7867570780     FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  etakefman@hotmail.com<br>  ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Delaware<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME:  Delaware Federal Court | |
| PLAINTIFF / PETITIONER:  Earl Takefman<br>DEFENDANT / RESPONDENT:  Ghost Tree Partners L.P. and Mark Fox | CASE NUMBER:<br>1:25-cv-01505-CFC |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>14846467 |

I received the within assignment for filing and or/service on: and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**   Ghost Tree Partners L.P., 18952 MacArthur Blvd Suite 111, Irivine, CA 92612
**Documents:**           Ghost Tree Summons and Complaint.pdf, Mark Fox Summons and Complaint.pdf

**As enumerated below:**
1) Attempt: Dec 23, 2025, 1:58 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612
Completed routine serve.

2) Attempt: Dec 23, 2025, 2:12 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612 received by Ghost Tree Partners L.P.. Age: 30s; Ethnicity: Latino; Gender: Female; Weight: 115; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: receptionist; Other: You are serving the company, Ghost Tree Partners, and a separate second summons to its chief executive, Mark Fox ;
Completed routine serve.Serve to martha the receptionist. she had long black hair white sweater. 5'6"

3) Attempt: Dec 23, 2025, 6:07 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612 received by Ghost Tree Partners L.P.. Other: You are serving the company, Ghost Tree Partners, and a separate second summons to its chief executive, Mark Fox ;
Completed routine serve.
Mailed out the Documents for substitute of service

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 23, 2025

*[signature]*

Joanna Turner                                    12/23/2025
6568                                             Date

Orange County Elite Process Servers
PO BOX 11206
Santa Ana, CA 92711
9515392396

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <u>Delaware</u> COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | Earl Takefman <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. <br> Ghost Tree Partners L.P. and Mark Fox <br> **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ Alias Summons *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 1:25-cv-01505-CFC <br> **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is  Joanna Turner                                     and I state
*First, Middle, Last*

[X] I served the Summons and Complaint/Petition on the Defendant/Respondent

Ghost Tree Partners L.P.                                              as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____   Race: _____
       On this date: _____   at this time: _____
       Address, Unit#: _____
       City, State, ZIP: _____

    [X] On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date:  December 23, 2025        at this time:  2:12 pm
       Address, Unit#:  18952 MacArthur Blvd Suite 111
       City, State, ZIP:  Irivine, CA 92612
       And left it with:  Ghost Tree Partners L.P.
       *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐   Approx. Age: 30s    Race: Latino
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the
       above address on _____, 20 _____

    ☐ On the Corporation's agent, _____
       *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____   Race: _____
       On this date: _____   at this time: _____
       Address, Unit#: _____
       City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:  1:25-cv-01505-CFC

☐ I was not able to serve the Summons and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the Summons and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____  at this time: _____
   Address, Unit#: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____

2. On this date: _____  at this time: _____
   Address, Unit#: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____

3. On this date: _____  at this time: _____
   Address, Unit#: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the Proof of Service of Summons is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **BY:** *[signature: Joanna Turner]* | **FEES:** | |
|---|---|---|---|
| | *Signature by:*  ☐ Sheriff | Service and Return: | $ _____ |
| | ☐ Sheriff outside Illinois: _____ | Miles _____ | $ _____ |
| | *County and State* | Total: | $207.25 |
| | ☐ Special process server | | |
| | ☐ Licensed private detective | | |
| | Joanna Turner | | |
| | *Print Name* | | |

If *Summons* is served by licensed private detective or private detective agency:
License Number: 6568 _____