

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Randall C. Lohan
Clerk of Court

Robert L. Rebeck
Chief Deputy



U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

RE: C.A.# **25-1505**

CASE CAPTION: _____ v. _____

## ACKNOWLEDGEMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: **Dec. 22, 2025**     Signed: _____ Pro Se Plaintiff

Date Received by Clerk's Office: **12/30/25**     Signed: _____ Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

CLERK
US DISTRICT COURT
844 N. KING STREET, UNIT 18
WILMINGTON, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By: Deputy Clerk

NOTE: Intake Clerk: Scan and docket as:
ACKNOWLEDGMENT OF RECEIPT