Earl Takefman
851 NE 1st Ave, Suite 2710
Miami, FL 33132
(786)-757-0780

MIAMI FL 330

27 DEC 2025  PM 5  L



FILED

DEC 3 0 2025

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk
US District Court
844 N. King Street
Unit 18
Wilmington, DE 19801

U.S.M.S.
X-RAY

19801-357099