POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO:          FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF / PETITIONER: <br> DEFENDANT / RESPONDENT: | CASE NUMBER: <br> 1:25-cv-01505-CFC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 14846467 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:   Ghost Tree Summons and Complaint.pdf, Mark Fox Summons and Complaint.pdf
3. a. Party served *(specify name of party as shown on documents served)*:
      Ghost Tree Partners L.P.
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   18952 MacArthur Blvd Suite 111, Irivine, CA 92612
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                                (2) at *(time)*:
   b. ☒ **by substituted service.** On *(date)*:  Tue, Dec 23 2025         at *(time)*:  06:07 PM         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Mark Fox
      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                                                                                                    or ☐ a declaration of mailing is attached.
      (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.



FILED
DEC 29 2025
US DISTRICT COURT
DISTRICT OF DELA...

| PLAINTIFF / PETITIONER: Earl Takefman | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Ghost Tree Partners L.P. and Mark Fox | 1:25-cv-01505-CFC |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                               (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
      ☐ other:
7. **Person who served papers**
   a. Name:                Joanna Turner
   b. Address:             PO BOX 11206, Santa Ana, CA 92711
   c. Telephone number:    9515392396
   d. The fee for service was: $207.25
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor
         (ii) Registration No: 6568
         (iii) County:
8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/24/2025
Joanna Turner
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                    (SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: | Earl Takefman | CASE NUMBER: |
|---|---|---|
| DEFENDANT / RESPONDENT: | Ghost Tree Partners L.P. and Mark Fox | 1:25-cv-01505-CFC |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Dec 23, 2025, 1:58 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612

Completed routine serve.

2) Successful Attempt: Dec 23, 2025, 2:12 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612 received by Ghost Tree Partners L.P.. Age: 30s; Ethnicity: Latino; Gender: Female; Weight: 115; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: receptionist; Other: You are serving the company, Ghost Tree Partners, and a separate second summons to its chief executive, Mark Fox

Completed routine serve.Serve to martha the receptionist. she had long black hair white sweater. 5'6"

3) Successful Attempt: Dec 23, 2025, 6:07 pm PST at 18952 MacArthur Blvd Suite 111, Irivine, CA 92612 received by Ghost Tree Partners L.P.. Other: You are serving the company, Ghost Tree Partners, and a separate second summons to its chief executive, Mark Fox

Completed routine serve.
Mailed out the Documents for substitute of service
**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 12/24/2025
Joanna Turner

(TYPE OR PRINT NAME)

*[Signature: Joanna Turner]*

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1