```
EARL TAKEFMAN                              1.0 LBS
(786) 757-0780                             SHP WT: 1 LBS
THE UPS STORE #4761                        DATE: 24 DEC 2025
153 E FLAGLER ST
MIAMI   FL 33131-1101

SHIP   COURT CLERK CASE#1 25-CV-01505-CFC
TO:    US DISTRICT COURT OF DELAWARE
       UNIT 18
       844 N KING ST

       WILMINGTON  DE 19801-3519

              DE 197 9-25

UPS 2ND DAY AIR A.M.              2A
TRACKING #: 1Z A29 7V1 07 6707 0731

BILLING: P/P

REF #1: AB

MM1R960NH7J75 ISH 13.00C ZZP 450 50.5V 12/2025
```



The UPS Store RFID Label
Tracking #
1ZA297V1076707 0731
U.S.M.S

Contents should be packed to ensure safe transportation.

Do not use this envelope.
This envelope is for use with the following

Serving you for more than 110 years
United Parcel Service

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

15% Post-Consumer Content

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

Note: UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalents.

Scan QR code to schedule a pickup
